THE PEOPLE OF THE STATE OF NEW YORK ex rel. FEINSMITH & COMPANY, INC., Respondent, v. THE BOARD OF HEALTH OF THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Appellant.

First Department, July 1, 1921.

See head note in *People ex rel. Agins & K., Inc.,* v. *Bd. of Health (ante,* p. 562).

APPEAL by the defendant, The Board of Health of the Department of Health of the City of New York, from so much of an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 21st day of May, 1921, as directs the issuance of an alternative writ of mandamus requiring the Board of Health of the Department of Health of the City of New York to vacate, set aside and revoke an order of said Board of Health which revoked the permit of the relator theretofore issued by it to sell milk and milk products in the city of New York.

*Willard S. Allen* of counsel [*George P. Nicholson, John F. O'Brien* and *Russell Lord Tarbox* with him on the brief; *John P. O'Brien, Corporation Counsel,* attorney], for the appellant.

*Benjamin F. Schreiber* of counsel [*Alfred Rathheim* with him on the brief; *Schreiber & Collins,* attorneys], for the respondent.

GREENBAUM, J.:

The facts in this case are in their essential aspects analogous and similar to those appearing in the case of *People ex rel. Agins & K., Inc.,* v. *Bd. of Health* (197 App. Div. 562), submitted simultaneously with the instant appeal.

For the reasons stated in the *Agins Case (supra)* the order directing an alternative writ is reversed, with ten dollars costs and disbursements, and the motion for the writ denied, with fifty dollars costs.

CLARKE, P. J., LAUGHLIN, DOWLING and MERRELL, JJ., concur.

Order reversed, with ten dollars costs and disbursements. and motion denied, with fifty dollars costs.